**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA BOLTON, ) | Case No. EDCV 12-01134 VAP (SPx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| WELLS FARGO BANK, N.A., ) | |
| Defendant. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 16, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge